IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NOVUS GROUP, LLC,**

      **Plaintiff,**

                                          Case No. 2:19-cv-208
                                          Judge Edmund A. Sargus, Jr.
     v.                                  Magistrate Judge Elizabeth P. Deavers

**PRUDENTIAL FINANCIAL
INC.,** *et al.***,**

      **Defendants.**

## ORDER

For good cause shown, Plaintiff's Unopposed Motion to Amend Case Schedule (ECF No. 53) is **GRANTED**. The case schedule is **MODIFIED** as follows:

DISCOVERY PROCEDURES

All fact discovery shall be completed by **JULY 2, 2021**. All expert discovery shall be completed by **SEPTEMBER 14, 2021.** For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **SEPTEMBER 27, 2021**.

EXPERT TESTIMONY

Primary expert reports must be produced by **JULY 9, 2021**. Rebuttal expert reports must be produced by **AUGUST 9, 2021**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties. If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties. Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

**THE PARTIES ARE SPECIFICALLY ADVISED THAT NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTRAORDINARY CAUSE.**

**IT IS SO ORDERED.**


Date: May 4, 2021                    /s/ *Elizabeth A. Preston Deavers*
                                   ELIZABETH A. PRESTON DEAVERS
                                   UNITED STATES MAGISTRATE JUDGE