# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NOVUS GROUP, LLC, | ) | Case No. 2:19-cv-00208 |
| | ) | |
| Plaintiff, | ) | Chief Judge Edmund A. Sargus |
| | ) | |
| v. | ) | Magistrate Judge Elizabeth Preston Deavers |
| | ) | |
| PRUDENTIAL FINANCIAL INC., | ) | |
| *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' STATEMENT OF NON-OPPOSITION

Defendants ("Prudential") respectfully submit this statement clarifying their position regarding Plaintiff's ("Novus") motion to amend the case schedule (Dkt. No. 58). While Prudential does not oppose the extension of deadlines as set forth in Novus's motion, Prudential reserves its rights to object to any additional fact discovery that Novus may seek, including without limitation challenging such discovery as untimely.

Respectfully submitted,

*/s/Rachael L. Rodman*
Michael N. Ungar (0016989)
ULMER & BERNE LLP
Skylight Office Tower
1660 West Second Street, Suite 1100
Cleveland, OH  44113
Tel: (216) 583-7000
Fax: (216) 583-7001
mungar@ulmer.com

Rachael L. Rodman (0073872)
ULMER AND BERNE, LLP
65 East State Street, Suite 1100
Columbus, Ohio 43215
614.229.0038 (telephone)
614.229.0039 (facsimile)
rrodman@ulmer.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via CM/ECF.

*/s/Rachael L. Rodman*
Rachael L. Rodman (0073872)