**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

NOVUS GROUP, LLC,

     **Plaintiff,**

     **v.**

PRUDENTIAL FINANCIAL INC., *et al.*,

     **Defendants.**

**Case No. 2:19-cv-0208
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers**

## ORDER

For extraordinary cause shown, Plaintiff's Unopposed Motion for Revision of Case Schedule (ECF No. 58) is **GRANTED**. The case schedule is **MODIFIED** as follows:

### DISCOVERY PROCEDURES

All fact discovery shall be completed by **SEPTEMBER 30, 2021**. All expert discovery shall be completed by **DECEMBER 8, 2021**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

### DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **DECEMBER 23, 2021**.

### EXPERT TESTIMONY

Primary expert reports must be produced by **OCTOBER 6, 2021**. Rebuttal expert reports must be produced by **NOVEMBER 4, 2021**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties. If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties. Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

IT IS SO ORDERED.

Date: June 28th, 2021

ELIZABETH  A.  PRESTON  DEAVERS
UNITED STATES MAGISTRATE JUDGE